Shan Davis (SBN 9323)
**DAVIS|STIBOR**
10845 Griffith Peak Drive
Second Floor
Las Vegas, NV 89135
Telephone: (702) 718-9940
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Michael Venditto, Trustee*
*of the Daigaku Realty Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL VENDITTO, TRUSTEE OF THE DAIGAKU REALTY TRUST DATED SEPTEMBER 6, 1991, | Case No.: 2:20-cv-00592-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| HAJOCA CORPORATION d/b/a EUROPEAN BATH, KITCHEN, TILE & STONE; a foreign limited liability company; DOES I through X, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for the parties named below, that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), MICHAEL VENDITTO, TRUSTEE OF THE DAIGAKU REALTY TRUST DATED SEPTEMBER 6, 1991 ("Plaintiff") hereby voluntarily dismisses all causes of action asserted in his Complaint in this matter against HAJOCA CORPORATION d/b/a EUROPEAN BATH, KITCHEN, TILE & STONE ("Defendant") with prejudice;

2.      The Parties to this Stipulation shall each bear their own costs, fees and interest incurred regarding this dismissal and all documents, filings and proceedings related hereto;

/ / /

/ / /

/ / /

/ / /

3.     Therefore, the parties request the Court enter an order pursuant to this Stipulation and dismiss this action with prejudice.

DATED: September 30, 2020.

DATED: September 30, 2020.

**DAVIS|STIBOR**

/s/ Shan Davis
Shan Davis, Esq. (SBN 9323)
10845 Griffith Peak Drive, Second Floor
Las Vegas, NV 89135
Telephone: (702) 718-9940
Email: shandavis@davisstibor.com
*Attorneys for Michael Venditto, Trustee of*
*the Daigaku Ralty Trust Dated September 6,*
*1991*

**GORDON REES SCULLY MANSUKHANI**

/s/ Brian K. Walters
Brian K. Walters, Esq. (SBN 9711)
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Email: GBlumberg@dickinsonwright.com
*Attorney for Hajoca Corporation d/b/a*
*European Bath, Kitchen, Tile & Stone*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:     October 1, 2020